No. 805

LOW, et. v. McGINN

Ohio Appeals, 2nd Dist., Montgomery Co.

No. 769. Decided Oct. 14, 1927.

Syllabus by Editorial Staff.

118. AUTOMOBILES—1045. Right of Way—Where intersecting streets are both main thoroughfares, automobile approaching from right has preference over one approaching from left.

Error to Municipal Court.

Affirmed by Common Pleas.

Error to Common Pleas.

Judgment affirmed.

Matthews & Matthews, Dayton, for Low, etc.

Marshall & Harlan, Dayton, for McGinn.

STATEMENT OF FACTS.

The plaintiff in the Municipal Court sought to recover damages for an injury to his automobile. The injury grew out of a collision occurring at the intersection of Grafton and Neil Avenues in the city of Dayton. The case was tried in the Municipal Court and resulted in a finding and judgment in favor of the plaintiff.

Upon proceedings in error, the Court of Common Pleas affirmed the Municipal Court. The case is now pending in this court on proceedings in error.

## OPINION OF COURT.

The following is taken, verbatim, from the opinion.

BY THE COURT.

We have considered the question of law as to which of the two automobiles was entitled to the right of way. Assuming, for the purposes of the case, that each of the two streets in question was a main thoroughfare and that the intersection gave neither driver of the automobiles in question the preference, so far as that proposition is concerned, the plaintiff in the Municipal Court would be entitled to preference under the law which prescribes that the party approaching an intersection shall have preference over another party approaching the same intersection from the left.

Finding no prejudicial error, the judgment of the lower courts are affirmed.

(Ferneding, Kunkle and Allread, JJ., concur.)